Certificate Number: 05781-CAE-DE-033407518

Bankruptcy Case Number: 19-22286


05781-CAE-DE-033407518

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2019, at 10:56 o'clock AM PDT, Jorge Verduzco completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: September 13, 2019

By: /s/Allison M Geving

Name: Allison M Geving

Title: President