Certificate Number: 05781-CAE-DE-033407518

Bankruptcy Case Number: 19-22286



05781-CAE-DE-033407518

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 13, 2019</u>, at <u>10:56</u> o'clock <u>AM PDT</u>, <u>Jorge Verduzco</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date:    <u>September 13, 2019</u>      By:     <u>/s/Allison M Geving</u>

Name:    <u>Allison M Geving</u>

Title:    <u>President</u>